PAID
50778-FL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2007 MAR 22 P 1: 35

KATHARINE MCHUGH

    Plaintiff,

V

GENERAL MOTORS CORPORATION,

    Defendant.

07-11234

Zatkoff /

Majzoub

---

LAW OFFICE OF GLEN N. LENHOFF
BY:   GLEN N. LENHOFF (P32610)
        ROBERT KENT-BRYANT (P40806)
Attorney for Plaintiff
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan 48502
(810)235-5660

---

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a Judge in this Court.

**NOW COMES** Plaintiff, Katharine McHugh, by and through her attorney, the Law Office of Glen N. Lenhoff, and hereby complains of Defendant, General Motors Corporation, as follows.

## PARTIES AND JURISDICTION

1.    Plaintiff, Katharine McHugh (hereinafter "Plaintiff"), is a citizen of the United States and a resident of the City of Fenton, County of Genesee, State of Michigan.

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

2. Defendant, General Motors Corporation (hereinafter "Defendant"), is a Delaware corporation doing business in the County of Genesee, State of Michigan.

3. The illegal acts referred to in this Complaint occurred in Genesee County, Michigan.

4. Plaintiff hereby asserts age discrimination claims against Defendant under the Age Discrimination in Employment Act, 29 USC §621 et seq. and the Michigan Elliott-Larsen Civil Rights Act, MCLA §37.2202 et seq.

5. The claims in this case exceed $75,000.00.

6. This Court has subject matter jurisdiction over Plaintiff's federal claims based on 28 USC §1331, and over Plaintiff's state law claim based on 28 USC §1367. This Court also has personal jurisdiction over this case, in that Defendant is a corporation doing business in the state of Michigan.

7. Venue is proper in this Court for the reason that the facts of this case arose out of Plaintiff's employment for Defendant in Genesee County, Michigan.

8. Plaintiff received a Right to Sue letter from the Equal Employment Opportunity Commission on February 1, 2007.

## GENERAL ALLEGATIONS

9. Plaintiff began her employment with Defendant in 1977.

10. At all times pertinent hereto, the position held by Plaintiff was Labor Relations Representative.

11. At the time of her discharge, Plaintiff was 51 years old, and had been employed with Defendant for 29 years.

12. At all times pertinent hereto, Plaintiff's supervisor was Carol Landis.

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

13. At all times pertinent hereto, Plaintiff was an excellent performer on her job.

14. On April 6, 2006, Defendant discharged Plaintiff.

19. Plaintiff was told that the reason for her discharge was that she had been deceitful.

20. Plaintiff had not been deceitful.

21. Plaintiff was replaced in her position by a much younger employee.

21. As a result of her discharge, Plaintiff has suffered substantial economic and emotional injury.

### COUNT I. PLAINTIFF'S 29 USC § 621 et seq. FEDERAL AGE DISCRIMINATION IN EMPLOYMENT ACT CLAIM ARISING OUT OF PLAINTIFF'S DISCHARGE

22. Plaintiff hereby realleges and incorporates by reference the preceding paragraphs.

23. On April 6, 2006, Defendant discharged Plaintiff from her position as Labor Relations Representative.

24. Plaintiff was replaced by a much younger employee.

26. A substantial causative factor in Plaintiff's discharge was her age.

27. Accordingly, Plaintiff hereby asserts an age discrimination claim against Defendant under the Federal Age Discrimination in Employment Act.

### COUNT II. PLAINTIFF'S MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT, MCLA §37.2202, AGE DISCRIMINATION CLAIM REGARDING DEFENDANT'S DISCHARGE OF PLAINTIFF

28. Plaintiff hereby realleges and incorporates by reference preceding paragraphs.

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502
PH. (810) 235-5660
FAX (810) 235-5641

29. On April 6, 2006, Defendant discharged Plaintiff from her position as Labor Relations Representative.

30. Plaintiff was replaced by a much younger employee.

32. A substantial causative factor in Plaintiff's discharge was her age.

33. Accordingly, Plaintiff hereby asserts an age discrimination claim against Defendant under the Michigan Elliott-Larsen Civil Rights Act, MCLA §37.2202.

**WHEREFORE**, Plaintiff requests to be awarded fair and reasonable damages, together with costs, attorney fees and interest, as a jury deems just.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial in the captioned case.

Dated: 3/(./0 )

GLEN N. LENHOFF (P32610)
Law Office of Glen N. Lenhoff
Attorney for Plaintiff

Dated: 3-20-07

ROBERT D. KENT-BRYANT (P40806)
Law Office of Glen N. Lenhoff
Attorney for Plaintiff

G:\CLIENTS\McHugh, Katherine\complaint.doc

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

JS 44
(Rev. 3/99)

**ORIGINAL**

# CIVIL COVER SHEET

07-11234

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
Katherine McHugh

## DEFENDANTS
General Motors Corporation

U.S. DIST COURT CLERK
E. DIST. MICH
FLINT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Genesee
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Genesee
(IN U.S. PLAINTIFF CASES ONLY)

2007 MAR 22 P 1:35

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Office of Glen N. Lenhoff
328 S. Saginaw ST, 8-N
Flint, MI 48502   (810) 235-5660

ATTORNEYS (IF KNOWN)

**LAWRENCE P. ZATKOFF**

**MONA K. MAJZOUB**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 USC Section 621 Federal Age Discrimination In Employment Act

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 75,000+

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously discontinued or dismissed?  ☐ YES  ☒ NO

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ YES  ☒ NO

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

**NOTES:**